UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVIS BARGER and, <br> SHERYL BARGER, <br><br> Plaintiff <br><br> v. <br><br> MAVERICK TRANSPORTATION, <br> LLC and TODD GROVE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:22-1928 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF REMOVAL

Defendants, Maverick Transportation, LLC and Todd Grove, by counsel, and pursuant to 28 U.S.C. §1332, hereby file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Monroe County Circuit Court, Bloomington, Indiana, and respectfully state as follows:

1. Maverick Transportation, LLC and Todd Grove are defendants in a personal injury action now pending in the Monroe County Circuit Court under Cause No. 53C06-2201-CT-000164.

2. Plaintiffs filed their Complaint for Damages in the Monroe County Circuit Court on January 28, 2022.

3. All Defendants that have been served with the Summons and Complaint to date consent to the removal of this lawsuit to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Monroe County Circuit Court.

4. Plaintiff's Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

5. Plaintiffs are citizens of the State of Indiana.

6. Maverick Transportation, LLC is an Arkansas limited liability corporation with its principal place of business located in Arkansas. As such, Maverick Transportation, LLC is a citizen of Arkansas. Maverick Transportation, LLC has been properly served.

   a. The sole member of Maverick Transportation, LLC is Maverick USA, Inc., which is an Arkansas corporation with its principal place of business located in Arkansas. As such, Maverick USA, Inc. is a citizen of Arkansas.

7. Todd Grove is a citizen of the State of Tennessee.

8. The controversy in this cause of action is entirely between citizens of different states.

9. While Plaintiffs' Complaint for Damages seeks an unspecified amount of damages, Plaintiffs recently refused to admit that their damages are less than $75,000.00. (See, <u>Exhibit A</u>). Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a).

10. Attached hereto as <u>Exhibit B</u> is a complete copy of the Appearance, Complaint for Damages and Jury Demand, Summonses to both Defendants, and Certificates of Issuance of Summonses to both Defendants filed on behalf of Plaintiffs, and Defendants' Appearance and Answer, Affirmative Defenses and Demand for Trial by Jury. These documents constitute all of the pleadings and

process on file with the Monroe County Circuit Court as of the date of this filing of this Notice of Removal.

11. Attached hereto as Exhibit C is a separate copy of Plaintiff's Complaint for Damages filed on January 28, 2022.

12. Attached hereto as Exhibit D is the current State Court docket.

13. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiffs and also file a copy with the Clerk of the Monroe County Circuit Court.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

**/s/Jason J. Hoy**
Jason J. Hoy/#20931-49
Christopher R. Whitten/#20429-49
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:  317-362-0225
FX:  317-362-0151
jhoy@indycounsel.com
cwhitten@indycounsel.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of September, 2022, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

Eric S. Pavlack
Colin E. Flora
PAVLACK LAW, LLC
50 East 91st Street, Suite 305
Indianapolis, IN 46240
eric@pavlacklawfirm.com
colin@pavlacklawfirm.com

                                            ***/s/Jason J. Hoy***
                                            Jason J. Hoy