STATE OF INDIANA      )        IN THE MONROE CIRCUIT COURT
                      ) SS:
COUNTY OF MONROE      )        CAUSE NO. 53C06-2201-CT-000164 _____

TRAVIS BARGER, and SHERYL BARGER

      Plaintiff,

v.

MAVERICK TRANSPORTATION, LLC, and TODD GROVE,

      Defendants.

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

Party Classification:

    Initiating X        Responding ___            Intervening __

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

    Travis Barger and Sheryl Barger

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | |
|---|---|
| Eric S. Pavlack, #21773-49 | Colin E. Flora, #29914-49 |
| PAVLACK LAW, LLC | PAVLACK LAW, LLC |
| 50 E. 91st St., Ste. 305 | 50 E. 91st St., Ste. 305 |
| Indianapolis, IN 46240 | Indianapolis, IN 46240 |
| (317) 251-1100 | (317) 251-1100 |
| (317) 252-0352 *fax* | (317) 252-0352 *fax* |
| *Eric@PavlackLawFirm.com* | *Colin@PavlackLawFirm.com* |

3. There are other party members: Yes __ No  X   (If yes, list on continuation page)

4. **If first initiating party filing this case:** the Clerk is requested to assign this case the following Case Type under Administrative Rule 8(b)(3): **CT**

1

5. I will accept service by FAX at the above-noted number: Yes __ No X

6. This case involves support issues. Yes __ No X
(If yes, supply social security numbers for all family members on continuation page)

7. There are related cases: Yes ___ No  X   (If yes, list on continuation page)

8. This form has been served on all other parties. Certificate of Service is attached: Yes___ No X

9. Additional information required by local rule: None.

                    Respectfully submitted,

                    */s/ Eric S. Pavlack*
                    Eric S. Pavlack, #21773-49
                    Colin E. Flora, #29914-49
                    Pavlack Law, LLC
                    50 E. 91st St., Ste. 305
                    Indianapolis, IN 46240
                    (317) 251-1100
                    (317) 252-0352 *fax*
                    *Eric@PavlackLawFirm.com*
                    *Colin@PavlackLawFirm.com*

STATE OF INDIANA      )    IN THE MONROE CIRCUIT COURT
                                  ) SS:
COUNTY OF MONROE  )    CAUSE NO. 53C06-2201-CT-000164

TRAVIS BARGER, and SHERYL BARGER,
    Plaintiffs,

v.

MAVERICK TRANSPORTATION, LLC,
and TODD GROVE,
    Defendants.

**JURY TRIAL DEMANDED**

# COMPLAINT FOR DAMAGES

Plaintiffs Travis Barger and Sheryl Barger, by counsel, for their Complaint for Damages against Defendants, Maverick Transportation, LLC and Todd Grove, respectfully allege and state as follows:

1. On or about February 13, 2020, Plaintiff Travis Barger was working on a construction site located at or around 8101 S.R. 46, Ellettsville, Indiana.

2. While on the site, Plaintiff Travis Barger was injured when he was struck by a semi-trailer operated by Defendant Todd Grove.

3. Defendant Todd Grove owed a duty of reasonable care to Plaintiff Travis Barger.

4. Defendant Todd Grove breached his duty of reasonable care when he failed to use reasonable care in the operation of his vehicle and attached semi-trailer.

5. Plaintiff Travis Barger suffered physical, financial, and psychological injuries.

6. Plaintiff Travis Barger's injuries were the direct and proximate result of Defendant Todd Grove's negligence.

1

7. At all relevant times, Plaintiff Sheryl Barger is and has been the wife of Plaintiff Travis Barger.

8. As a direct and proximate result of Defendant's Todd Groves breaches of his duties, Plaintiff Sheryl Barger has suffered loss of her husband's consortium services and affection.

9. At all times relevant, Defendant Todd Grove was an agent and/or employee of Defendant Maverick Transportation, LLC.

10. At all times relevant, Defendant Todd Grove was acting within the course and scope of his employment by Defendant Maverick Transportation, LLC.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Travis Barger and Sheryl Barger pray for judgment against the Defendants, Maverick Transportation, LLC and Todd Grove, in an amount commensurate with their injuries and damages, for costs of this action, prejudgment interest as allowed by law, and for all other just and proper relief.

## DEMAND FOR JURY TRIAL

The Plaintiffs respectfully demand a jury trial on all of their claims.

Respectfully submitted,

/s/ *Eric S. Pavlack*
Eric S. Pavlack, #21773-49
Colin E. Flora, #29914-49
PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
Eric@PavlackLawFirm.com
Colin@PavlackLawFirm.com

2

STATE OF INDIANA ) IN THE MONROE CIRCUIT COURT
) SS:
COUNTY OF MONROE ) CAUSE NO. 53C06-2201-CT-000164

TRAVIS BARGER, and SHERYL BARGER,

    Plaintiffs,

v.

MAVERICK TRANSPORTATION, LLC, and TODD GROVE,

    Defendants.

## SUMMONS

Maverick Transportation, LLC
c/o C T Corporation System
334 North Senate Avenue
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: 1/28/2022    _____ (Seal)
                           Clerk, Circuit Court of Monroe County

(The following manner of service of summons is hereby designated.)

    X      Registered or certified mail
             Service on individual - (Personal or copy) at above address
             Service at place of employment, to-wit:
             Service on agent. (Specify)
             Other Service. (Specify)

1

**SHERIFF'S RETURN ON SERVICE OF SUMMONS**

I hereby certify that I have served this summons on the _____ day of _____, 2022:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy, and mailing a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of and mailing a copy;

(3) Other Service or Remarks: _____

Sheriff's Costs                                                Sheriff
                                                By:
                                                Deputy

**CLERK'S CERTIFICATE OF MAILING**

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk of the Circuit/Superior Court of Monroe County

Dated: _____, 2022.        By:
                                        Deputy

**RETURN ON SERVICE OF SUMMONS BY MAIL**

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ _____ was accepted by the defendant on the _____ day of _____, 2022.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2022.
I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 2022.

Clerk of the Circuit/Superior Court of Monroe County

                                By:
                                Deputy

2

STATE OF INDIANA    )        IN THE MONROE CIRCUIT COURT
                    ) SS:
COUNTY OF MONROE    )        CAUSE NO. 53C06-2201-CT-000164 _____

TRAVIS BARGER, and SHERYL BARGER,

    Plaintiffs,

v.

MAVERICK TRANSPORTATION, LLC, and TODD GROVE,

    Defendants.

# SUMMONS

Todd Grove
45 Hill Chapel Rd.
Big Sandy, TN 38221

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint, which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

DATED: __1/28/2022__        _____(Seal)
                             Clerk, Circuit Court of Monroe County

(The following manner of service of summons is hereby designated.)

    X    Registered or certified mail
         Service on individual - (Personal or copy) at above address
         Service at place of employment, to-wit:
         Service on agent. (Specify)
         Other Service. (Specify)

1

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 2022:

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy, and mailing a copy of the Summons and a copy of the complaint at _____ which is the dwelling place or usual place of abode of and mailing a copy;

(3) Other Service or Remarks: _____

Sheriff's Costs                                    Sheriff
                                          By:
                                                   Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk of the Circuit/Superior Court of Monroe County

Dated: _____, 2022.         By:
                                                   Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ _____ was accepted by the defendant on the _____ day of _____, 2022.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2022.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ _____was accepted by _____ on behalf of said defendant on the _____ day of _____, 2022.

Clerk of the Circuit/Superior Court of Monroe County

                         By:
                                Deputy

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MONROE | ) | CAUSE NO.  53C06-2201-CT-000164 |

TRAVIS BARGER and  )
SHERYL BARGER,  )
                                            )
    Plaintiffs,  )
                                            )
v.  )
                                            )
MAVERICK TRANSPORATION, LLC,  )
and TODD GROVE,  )
                                            )
    Defendants.  )

## CERTIFICATE OF ISSUANCE OF SUMMONS

    I hereby certify that on the 31st day of January, 2022 a copy of the Summons and a copy of the Complaint was mailed to the Defendant, Maverick Transportation, LLC, by certified mail, requesting a return receipt, tracking number: 7020 0640 0001 7129 3909.

    I further certify that the attached return receipt was received showing that the Summons and a copy of the Complaint, mailed to Defendant, Maverick Transportation, LLC, was accepted on the 7th day of February, 2022.

Dated:  February 15, 2022                  */s/ Cheryl Foster*
                                                                         Paralegal

PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
*Cheryl@PavlackLawFirm.com*



| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MONROE | ) | CAUSE NO.  53C06-2201-CT-000164 |

| | |
|---|---|
| TRAVIS BARGER and | ) |
| SHERYL BARGER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| MAVERICK TRANSPORATION, LLC, | ) |
| and TODD GROVE, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I hereby certify that on the 31st day of January, 2022 a copy of the Summons and a copy of the Complaint was mailed to the Defendant, Todd Grove, by certified mail, requesting a return receipt, tracking number: 7020 0640 0001 7129 3916.

I further certify that the attached return receipt was received showing that the Summons and a copy of the Complaint, mailed to Defendant, Todd Grove, was accepted on the 9th day of February, 2022.

Dated:  February 15, 2022                    */s/ Cheryl Foster*
                                             Paralegal

PAVLACK LAW, LLC
50 E. 91st St., Ste. 305
Indianapolis, IN 46240
(317) 251-1100
(317) 252-0352 *fax*
Cheryl@PavlackLawFirm.com

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Todd Grove
   45 Hill Chapel Road
   Big Sandy, TN 38221

   9590 9402 6628 1028 0069 51

2. Article Number (Transfer from service label)

   7020 0640 0001 7129 3916

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ Hallie Grove    ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Hallie [Grove]   C. Date of Delivery: 2-9-22
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $ 4.80          1/31/22

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____     Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage  $ .53
Total Postage and Fees  $ 7.33    Barger

Sent To: Todd Grove
Street and Apt. No., or: 45 Hill Chapel Road
City, State, ZIP+4®: Big Sandy, TN 38221

7020 0640 0001 7129 3916

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT |
|---|---|---|
|  | ) SS: |  |
| COUNTY OF MONROE | ) | CAUSE NO. 53C01-2201-CT-000164 |

TRAVIS BARGER and                )
SHERYL BARGER,                   )
                                 )
       Plaintiffs,              )
                                 )
  v.                             )
                                 )
MAVERICK TRANSPORTATION,         )
LLC and TODD GROVE,              )
                                 )
       Defendants.             )

## **APPEARANCE**

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:  **Defendants:**

   **MAVERICK TRANSPORTATION, LLC and TODD GROVE**

2. Address of *pro se* responding party or parties (as applicable for service of process):

Name:_____                Name_____
Address:_____                Address_____

3. Attorney information (as applicable for service of process):

| Name: | **Christopher R. Whitten** | Atty. No.: | **20429-49** |
|---|---|---|---|
|  | **Jason J. Hoy** | Atty. No.: | **20931-49** |
| Address: | **WHITTEN LAW OFFICE** | Phone: | **317/362-0225** |
|  | **6801 Gray Road, Suite H** | Fax: | **317/362-0151** |
|  | **Indianapolis, IN 46237** | E-Mail: | cwhitten@indycounsel.com |
|  |  |  | jhoy@indycounsel.com |

4. Will responding party accept FAX service:    Yes ___    No  X

5. If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):

6. Additional information required by state or local rule:

7. *(Optional)* Additional information to supplement the appearance form submitted by the initiating party:

_____
Christopher R. Whitten

_____
Jason J. Hoy

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of July, 2022, the foregoing was filed through the Court's CM/ECF electronic system, which sent notification to the following:

Eric S. Pavlack
Colin E. Flora
PAVLACK LAW, LLC
50 East 91st Street, Suite 305
Indianapolis, IN 46240
eric@pavlacklawfirm.com
colin@pavlacklawfirm.com

_____
Jason J. Hoy

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:  317-362-0225
FX:  317-362-0151
jhoy@indycounsel.com
cwhitten@indycounsel.com

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MONROE CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF MONROE | ) | CAUSE NO. 53C06-2201-CT-000164 |
| | | |
| TRAVIS BARGER and | ) | |
| SHERYL BARGER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MAVERICK TRANSPORTATION, | ) | |
| LLC and TODD GROVE, | ) | |
| | ) | |
| Defendants. | ) | |

## ANSWER, AFFIRMATIVE DEFENSES AND DEMAND FOR TRIAL BY JURY

Defendants, Maverick Transportation, LLC and Todd Grove, by counsel, and for their Answer to Plaintiffs' Complaint for Damages, states as follows:

1. On or about February 13, 2020, Plaintiff Travis Barger was working on a construction site located at or around 8101 S.R. 46, Ellettsville, Indiana.

**ANSWER:** **Defendants are without sufficient information to admit or deny the allegations contained in paragraph 1 of Plaintiffs' Complaint for Damages.**

2. While on the site, Plaintiff Travis Barger was injured when he was struck by a semi-trailer operated by Defendant Todd Grove.

**ANSWER:** **Defendants deny the allegations contained in paragraph 2 of Plaintiffs' Complaint for Damages.**

3. Defendant Todd Grove owed a duty of reasonable care to Plaintiff Travis Barger.

**ANSWER:** **Defendants deny the allegations contained in paragraph 3 of Plaintiffs' Complaint for Damages.**

4. Defendant Todd Grove breached his duty of reasonable care when he failed to use reasonable care in the operation of his vehicle and attached semi-trailer.

**ANSWER:** **Defendants deny the allegations contained in paragraph 4 of Plaintiffs' Complaint for Damages.**

5. Plaintiff Travis Barger suffered physical, financial and psychological injuries.

**ANSWER:** **Defendants are without sufficient information to admit or deny the allegations contained in paragraph 5 of Plaintiffs' Complaint for Damages.**

6. Plaintiff Travis Barger's injuries were the direct and proximate result of Defendant Todd Grove's negligence.

**ANSWER:** **Defendants deny the allegations contained in paragraph 6 of Plaintiffs' Complaint for Damages.**

7. At all relevant times, Plaintiff Sheryl Barger is and has been the wife of Plaintiff Travis Barger.

**ANSWER:** **Defendants are without sufficient information to admit or deny the allegations contained in paragraph 7 of Plaintiffs' Complaint for Damages.**

8. As a direct and proximate result of Defendant Todd Groves' breach of his duties, Plaintiff Sheryl Barger has suffered loss of her husband's consortium services and affection.

**ANSWER:** Defendants deny the allegations contained in paragraph 8 of Plaintiffs' Complaint for Damages.

9. At all times relevant, Defendant Todd Groves was an agent and/or employee of Defendant Maverick Transportation, LLC.

**ANSWER:** Defendants admit the allegations contained in paragraph 9 of Plaintiffs' Complaint for Damages.

10. At all times relevant, Defendant Todd Grove was acting within the course and scope of his employment by Defendant Maverick Transportation, LLC.

**ANSWER:** Defendants admit the allegations contained in paragraph 10 of Plaintiffs' Complaint for Damages.

## AFFIRMATIVE DEFENSES

Defendants, Maverick Transportation, LLC and Todd Groves, by counsel, for their Affirmative Defenses to Plaintiffs' Complaint for Damages, states as follows:

1. Plaintiffs' negligence exceeds fifty percent (50%) of the total fault attributable to this incident, thereby barring recovery.

2. Plaintiffs' damages, if any, should be reduced by percentage of the comparative fault of the Plaintiffs.

3. Subject to further discovery, Plaintiffs may have failed to mitigate their damages.

4. Plaintiffs' damages were caused in whole or in part by a non-party to this lawsuit: Lithko Contracting, LLC, 8435 Georgetown Road, Suite 100, Indianapolis, Indiana 46268.

5. Plaintiffs' damages were caused in whole or in part by a non-party to this lawsuit: Evans General Contractors, 3050 Northwinds Parkway, Suite 200, Alpharetta, Georgia 30009.

6. Defendants hereby specifically deny any and all allegations in Plaintiff's Complaint for Damages that were not specifically admitted.

7. Defendants reserve the right to assert additional Affirmative Defenses.

WHEREFORE, Defendants, Maverick Transportation, LLC and Todd Groves, respectfully request that Plaintiffs take nothing by way of their Complaint for Damages, for costs of this action, and for all other just and proper relief.

### DEMAND FOR TRIAL BY JURY

Defendants, Maverick Transportation, LLC and Todd Groves, by counsel, respectfully request this matter be tried by a jury.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

By_____
   Jason J. Hoy/#20931-49
   Christopher R. Whitten/#20429-49
   *Counsel for Defendants*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of August, 2022, I filed the foregoing through the Court's CM/ECF electronic system, which sent notification to the following:

Eric S. Pavlack
Colin E. Flora
PAVLACK LAW, LLC
50 East 91st Street
Suite 305
Indianapolis, IN 46240
eric@pavlacklawfirm.com
colin@pavlacklawfirm.com

_____
Jason J. Hoy

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH: 317-362-0225
FX: 317-362-0151
jhoy@indycounsel.com
cwhitten@indycounsel.com

5