9/29/22, 12:02 PM  Summary - MyCase

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Travis Barger, Sheryl Barger v. Maverick Transportation, LLC, Todd Grove

| | |
|---|---|
| Case Number | 53C06-2201-CT-000164 |
| Court | Monroe Circuit Court 6 |
| Type | CT - Civil Tort |
| Filed | 01/28/2022 |
| Status | 01/28/2022 , Pending (active) |

### Parties to the Case

**Defendant** Maverick Transportation, LLC

Attorney
Christopher R Whitten
#2042949, Lead, Retained

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

Attorney
Jason J Hoy
#2093149, Retained

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

Attorney
Pro Se

**Defendant** Grove, Todd

**Address**
45 Hill Chapel Rd.
Big Sandy, TN 38221

**Attorney**
Christopher R Whitten
#2042949, Lead, Retained

WHITTEN LAW OFFICE LLC
6801 Gray Road, Suite H
Indianapolis, IN 46237
317-362-0225(W)

**Attorney**
Pro Se

**Attorney**
Jason J Hoy
#2093149, Retained

WHITTEN LAW OFFICE
6801 Gray Road
Suite H
Indianapolis, IN 46237
317-362-0225(W)

---

**Plaintiff** Barger, Travis

**Attorney**
Eric Stephen Pavlack
#2177349, Lead, Retained

50 E 91st Street,
305
Indianapolis, IN 46240
317-251-1100(W)

**Attorney**
Colin E Flora
#2991449, Retained

50 E. 91st St
Suite 317
Indianapolis, IN 46240
317-251-1100(W)

---

**Plaintiff** Barger, Sheryl

9/29/22, 12:02 PM

Summary - MyCase

**Attorney**
Eric Stephen Pavlack
#2177349, Lead, Retained

50 E 91st Street,
305
Indianapolis, IN 46240
317-251-1100(W)

**Attorney**
Colin E Flora
#2991449, Retained

50 E. 91st St
Suite 317
Indianapolis, IN 46240
317-251-1100(W)

## Chronological Case Summary

**01/28/2022  Case Opened as a New Filing**

**01/28/2022  Appearance Filed**
Appearance filed. AJA

| | |
|---|---|
| For Party: | Barger, Travis |
| For Party: | Barger, Sheryl |
| File Stamp: | 01/28/2022 |

**01/28/2022  Complaint/Equivalent Pleading Filed**
Complaint/ Equivalent Pleading filed. AJA

| | |
|---|---|
| Filed By: | Barger, Travis |
| Filed By: | Barger, Sheryl |
| File Stamp: | 01/28/2022 |

**01/28/2022  Subpoena/Summons Filed**
Summons Filed. Clerk notes a signed, dated, sealed Summons is forwarded to Plaintiff/Plaintiff's Counsel via e-notice for service upon parties of record. Plaintiff/Plaintiff's Counsel to perfect service and file proof of service with the Court. For Sheriff Service requests, applicable copies are to be supplied to the Sheriff's office directly by counsel. AJA

| | |
|---|---|
| Filed By: | Barger, Travis |
| Filed By: | Barger, Sheryl |
| File Stamp: | 01/28/2022 |

**01/28/2022  Subpoena/Summons Filed**
Summons Filed. Clerk notes a signed, dated, sealed Summons is forwarded to Plaintiff/Plaintiff's Counsel via e-notice for service upon parties of record. Plaintiff/Plaintiff's Counsel to perfect service and file proof of service with the Court. For Sheriff Service requests, applicable copies are to be supplied to the Sheriff's office directly by counsel. AJA

| | |
|---|---|
| Filed By: | Barger, Travis |
| Filed By: | Barger, Sheryl |
| File Stamp: | 01/28/2022 |

**01/31/2022  Case Filed Electronically**

9/29/22, 12:02 PM                                    Summary - MyCase

| 02/15/2022 | Certificate of Issuance of Summons |
|---|---|
| | Certificate of Issuance of Summons - Grove filed. kb |
| | Filed By:   Barger, Travis |
| | Filed By:   Barger, Sheryl |
| | File Stamp: 02/15/2022 |

| 02/15/2022 | Certificate of Issuance of Summons |
|---|---|
| | Certificate of Issuance of Summons - Maverick Transportation filed. kb |
| | Filed By:   Barger, Travis |
| | Filed By:   Barger, Sheryl |
| | File Stamp: 02/15/2022 |

| 07/28/2022 | Appearance Filed |
|---|---|
| | Appearance of Counsel, Christopher Whitten and Jason Hoy, filed on behalf of the Defendants. kg |
| | For Party:  Maverick Transportation, LLC |
| | For Party:  Grove, Todd |
| | File Stamp: 07/28/2022 |

| 08/31/2022 | Answer to a Complaint Filed |
|---|---|
| | Defendants' Answer, Affirmative Defenses and Jury Demand filed. kb |
| | Filed By:   Maverick Transportation, LLC |
| | Filed By:   Grove, Todd |
| | File Stamp: 08/31/2022 |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Barger, Travis**
Plaintiff

Balance Due (as of 09/29/2022)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/31/2022 | Transaction Assessment | 157.00 |
| 01/31/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.